UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

AARON BAKER,
Plaintiff,
v. Case No. 5:26-cv-00135-JEP-PRL

RANDALL FINE,
Defendant.
_________________________________/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF DEFECTIVE SERVICE OF PROCESS**

Plaintiff, AARON BAKER, by and through undersigned counsel, files this Response to Defendant's Notice of Defective Service of Process and states:

1. Defendant Randall Fine has been individually served pursuant to Federal Rule of Civil Procedure 4(e)(1) and section 48.161, Florida Statutes, through substituted service upon the Florida Secretary of State and the subsequent notice required by Florida law.
2. On August 31, 2026, Plaintiff also sent the Summons and Complaint by certified mail to the United States Attorney's Office for the Middle District of Florida in Orlando, Florida, in further compliance with Federal Rule of Civil Procedure 4(i).

**WHEREFORE**, Plaintiff respectfully submits the foregoing in response to Defendant's Notice of Defective Service of Process and requests such further relief as the Court deems appropriate.

Respectfully submitted,

*/s/ Anthony F. Sabatini*

ANTHONY F. SABATINI, ESQ.
FL BAR No. 1018163
SABATINI LAW FIRM, P.A.
1601 E. 1ST AVENUE
MOUNT DORA, FL 32757
T: (352)-455-2928
anthony@sabatinilegal.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31st, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Anthony F. Sabatini*