**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**AARON BAKER,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00135-JEP-PRL**

**RANDALL ADAM FINE, in his official capacity as a Member of the United States House of Representatives, and his individual capacity,**

**Defendant,**
___________________________________/

ORDER

On June 10, 2026, the district judge directed Plaintiff to show cause why the complaint should not be dismissed for failure to prosecute because Plaintiff had not effected proper serve on Defendant within the 90 days allowed by Federal Rule of Civil Procedure 4(m). (Doc. 9). In response, Plaintiff's counsel, Anthony Sabatini, filed an affidavit setting forth efforts taken to serve Defendant in compliance with Fla. Stat. §48.161. (Doc. 12). Based on the affidavit, the district judge discharged the order to show cause. (Doc. 13). Subsequently, Defendant filed a notice advising that Plaintiff had not properly effectuated service due to his failure to serve the United States under Federal Rule of Civil Procedure 4(i). (Doc. 14). In response, Plaintiff's counsel advised that he had taken additional steps to properly serve Defendant.

To the extent, Defendant still believes that service has not been effectuated, he shall file a motion to quash within **fourteen days** of this Order. Otherwise, Defendant shall file a responsive pleading within the time frame provided by law.

DONE and ORDERED in Ocala, Florida on September 18, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Kenneth C. Daines, Esq.
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515