**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**AARON BAKER,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00135-JEP-PRL**

**RANDALL ADAM FINE, in his official capacity as a Member of the United States House of Representatives, and his individual capacity,**

**Defendant.**
**___________________________________/**

**ORDER**

Plaintiff Aaron Baker filed this action against Defendant, Randall Adam Fine, asserting claims against Defendant in both his official capacity as a Member of the United States House of Representatives and in his individual capacity. Because the Federal Rules of Civil Procedure, contemplate different time frames for response to the complaint for the official and individual capacity claims, Defendant has filed an unopposed motion to consolidate the response deadline for all claims to November 30, 2026. (Doc. 24). Moreover, Defendant asks the Court to treat the instant motion as Defendant's waiver of the service requirements, which have previously been disputed. *See* Doc. 16 (Order directing Defendant to file a motion to quash if he still believes service was deficient, or to otherwise respond to the Complaint as provided by law). Defendant expressly preserves all defenses related to personal jurisdiction and venue, among others.

Upon due consideration, Defendant's motion (Doc. 24) is **granted**. Defendant's deadline to respond to Plaintiff's Complaint is extended until **November 30, 2026.**

DONE and ORDERED in Ocala, Florida on October 5, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party